# United States District Court
## Southern District of Georgia

MARVIN LYNN NEESMITH,

    Petitioner,

           v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV615-080
                           CR602-009

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 26, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, petitioner's motion under 2255 is DENIED, and this civil action stands CLOSED.



April 26, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk